1428

## RECONSIDERATION DOCKET

93–2592. State v. Berry. *Cuyahoga County,* No. 60531. Reported at 72 Ohio St.3d 354, 650 N.E.2d 433. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

On motion to reproduce duplicate photograph. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

On motion to stop appeals filed *pro se* and on motion to carry out execution filed *pro se*. Motions denied.